UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Soren Stevenson,                                                         Civ. No. 20-2007 (SRN/TNL)

                            Plaintiff,

v.

Benjamin Bauer, acting in his individual
capacity as a Minneapolis Police Officer, *et al.*,

                           Defendants.

_____

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF
## CLARIFIED RULE 68 OFFER OF JUDGMENT

On February 9, 2022, Plaintiff received a Rule 68 Offer of Judgment from Defendants Benjamin Bauer, Matthew Severance and Ryan McCann, which is attached hereto as Exhibit A. Pursuant to authority from the Eighth Circuit, Plaintiff sought "clarification" regarding the Offer. *See Radecki v. Amoco Oil Co.*, 858 F.2d 397, 402-03 (8th Cir. 1988). Specifically, Plaintiff inquired whether the City of Minneapolis was the entity financially responsible for the paying the offered judgement amount, $2.4 million plus Section 1988 fees and costs incurred by Plaintiff (as determined by the Court). On February 11, 2022, undersigned counsel for Plaintiff received verbal clarification that the City was responsible for payment. Written confirmation of the same was received the same day, which is attached hereto as Exhibit B.

As such, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Soren Stevenson, through his undersigned counsel, hereby accepts and provides notice that

92258141.1

he has accepted the attached Rule 68 Offer of Judgment dated February 9, 2022, with the included clarification regarding payment of the resultant judgment.

Dated: February 22, 2022     **ROBINS KAPLAN LLP**

*s/Robert Bennett*
Robert Bennett, #6713
Andrew J. Noel, #322118
Kathryn H. Bennett, #0392087
Marc E. Betinsky, #0388414
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
Telephone:  612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com
***Attorneys for Plaintiff Soren Stevenson***