# EXHIBIT B

| | |
|---|---|
| **From:** | Bennett, Robert |
| **To:** | Betinsky, Marc E.; Noel, Andrew J.; Bennett, Kathryn H.; McCabe, Margaret M. |
| **Subject:** | Fwd: [EXTERNAL] Sore Stevenson Rule 68 Offer of Judgment |
| **Date:** | Friday, February 11, 2022 4:17:18 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** "Sarff, Kristin R" <Kristin.Sarff@minneapolismn.gov>
> **Date:** February 11, 2022 at 4:09:05 PM CST
> **To:** "Bennett, Robert" <RBennett@robinskaplan.com>
> **Subject: [EXTERNAL] Sore Stevenson Rule 68 Offer of Judgment**
>
> Bob,
>
> You requested clarification on the Rule 68 Offer of Judgment that was served this Wednesday on behalf of Benjamin Bauer, Matthew Severance and Ryan McCann. The City is indemnifying these three defendants and will be financially responsible for the amount of the Offer and the fees permitted under the terms of the Offer.
>
> Kristin
>
> **Kristin R. Sarff**
> Assistant City Attorney
> Minneapolis City Attorney's Office
> 350 South 5th Street
> City Hall – Room 210
> Minneapolis, MN 55415
> (612) 673-3919