

800 LASALLE AVENUE     612 349 8500 TEL
SUITE 2800     612 339 4181 FAX
MINNEAPOLIS MN 55402     ROBINSKAPLAN.COM

ROBERT BENNETT
612 349 8742 TEL
RBENNETT@ROBINSKAPLAN.COM

February 22, 2022

*By Email & Hand-Delivery*

Kristin R. Sarff, Esq.
Heather P. Robertson, Esq.
Sharda R. Enslin, Esq.
Assistant City Attorney
Minneapolis City Attorney's Office
350 South 5th Street, Room 210
Minneapolis, MN 55415

RE:    Soren Stevenson v. Benjamin Bauer, et al.
        Case No. 20--207 SRN/TNL
        Our File No. 129949.0000

Dear Counsel:

     Attached and served upon you by Email and Hand-Delivered is Plaintiff's Notice of Acceptance of Clarified Rule 68 Offer of Judgment.

                                    Very truly yours,

                                    */s/ Kathryn H. Bennett*

                                    Kathryn H. Bennett

KB/bz
Enclosure

92587912.1