<u>**CERTIFICATE OF SERVICE BY EMAIL AND HAND-DELIVERY**</u>
Soren Stevenson v. Benjamin Bauer, et al.
Case No. 20-cv-02007 (SRN/TNL)

I hereby certify that on February 22, 2022, I caused a copy of the following:

**Plaintiff's Notice of Acceptance of
Clarified Rule 68 Offer of Judgment**

to be sent by email and hand-delivered to the following:

Kristin R. Sarff, Esq.
Sharda Enslin, Esq.
Heather Robertson, Esq.
Assistant City Attorney
Minneapolis City Attorney's Office
350 South 5th Street, Room 210
Minneapolis, MN 55415
Kristin.Sarff@minneapolismn.gov
Sharda.Enslin@minneapolismn.gov
Heather.Robertson@minneapolismn.gov

                              **ROBINS KAPLAN LLP**

                              <u>s/Kathryn H. Bennett</u>
                              Robert Bennett, #6713
                              Andrew J. Noel, #322118
                              Kathryn H. Bennett, #0392087
                              Marc E. Betinsky, #0388414
                              800 LaSalle Ave, Suite 2800
                              Minneapolis, MN 55402
                              Telephone:  612-349-8500
                              rbennett@robinskaplan.com
                              anoel@robinskaplan.com
                              kbennett@robinskaplan.com
                              mbetinsky@robinskaplan.com
                              Attorneys for Plaintiff