# AFFIDAVIT OF SERVICE

| Case:<br>20-2007 (SRN/TNL) | Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA | County:<br>, MN | Job:<br>6722726 (129949.0000) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Soren Stevenson | | **Defendant / Respondent:**<br>Benjamin M. Bauer, acting in his individual capacity as a Minneapolis Police Officer; Matthew Severance and Ryan McCann, acting in their individual capacities as supervisory Minneapolis Police Officers; Medaria Arradondo, acting in his official capacity as the Minneapolis Chief of Police; and the City of Minneapolis | |
| **Received by:** | | **For:**<br>ROBINS KAPLAN | |
| **To be served upon:**<br>CITY OF MINNEAPOLIS | | | |

I, Robert Rider, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CITY OF MINNEAPOLIS, by Leaving in an obvious place, Slide, Kristin R. Sarff, Esq., Heather P. Robertson, Esq., Sharda R. Enslin, Esq., Assistant City Attorney, Minneapolis City Attorney's Office: 350 South 5th Street Room 210, Minneapolis, MN 55415

**Manner of Service:** Government Agency, Feb 22, 2022, 2:00 pm CST

**Documents:** Notice of Acceptance of Clarified Rule 68 Offer of Judgment

**Additional Comments:**
1) Successful Attempt: Feb 22, 2022, 2:00 pm CST at Kristin R. Sarff, Esq., Heather P. Robertson, Esq., Sharda R. Enslin, Esq., Assistant City Attorney, Minneapolis City Attorney's Office: 350 South 5th Street Room 210, Minneapolis, MN 55415 received by CITY OF MINNEAPOLIS, by Leaving in an obvious place, Slide. Other: Okayed by Philip;

_____  02/22/2022
Robert Rider                     Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

February 22, 2022
Date

Philip J Ekman
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31 2025