

**ROBINS KAPLAN** LLP

800 LASALLE AVENUE
SUITE 2800
MINNEAPOLIS MN  55402

612 349 8500 TEL
612 339 4181 FAX
ROBINSKAPLAN.COM

KATHRYN H. BENNETT
612 349 8411 TEL
KBENNETT@ROBINSKAPLAN.COM

February 22, 2022

*By U.S. Mail*

Kristin R. Sarff, Esq.
Heather P. Robertson, Esq.
Sharda R. Enslin, Esq.
Assistant City Attorney
Minneapolis City Attorney's Office
350 South 5th Street, Room 210
Minneapolis, MN 55415

RE:  Soren Stevenson v. Benjamin Bauer, et al.
     Case No. 20--207 SRN/TNL
     Our File No. 129949.0000

Dear Counsel:

    Enclosed and served upon you by U.S. Mail is Plaintiff's Notice of Acceptance of Clarified Rule 68 Offer of Judgment.

Very truly yours,

*/s/ Kathryn H. Bennett*

Kathryn H. Bennett

KB/bz
Enclosure

92588636.1