# UNITED STATES DISTRICT COURT
## District of Minnesota

### JUDGMENT IN A CIVIL CASE

Soren Stevenson,

                Plaintiff,

Case Number: 20-cv-2007 SRN/TNL

v.

Medaria Arradondo, Minneapolis,
City of, the, Benjamin M. Bauer,
Matthew Severance, Ryan McCann,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on 2/22/2022 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Soren Stevenson against Defendant Benjamin M. Bauer, Matthew Severance, Ryan McCann in the amount of $2,400,000.00.

3/2/2022                                                                     <u>KATE M. FOGARTY, CLERK</u>