UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Soren Stevenson,                                             Civ. No. 20-2007 (SRN/TNL)

                      Plaintiff,

v.

Benjamin Bauer, acting in his individual
capacity as a Minneapolis Police Officer, *et al.*,

                      Defendants.

_____

## MOTION FOR AWARD OF COSTS, INCLUDING REASONABLE ATTORNEYS' FEES, UNDER 42 U.S.C. § 1988

Plaintiff Soren Stevenson, by and through his undersigned counsel, hereby moves the Court for an award of costs, including reasonable attorneys' fees, under 42 U.S.C. § 1988 and pursuant to the Rule 68 Offer of Judgment accepted by Plaintiff on February 22, 2022. Said Motion is based upon the accompanying Memorandum of Law, the Declarations of Robert Bennett, Terrence Fleming, and Eric Hageman, and all of the files, records, and proceedings herein.

Dated: April 4, 2022            **ROBINS KAPLAN LLP**
                                                  *s/Robert Bennett*
                                                  Robert Bennett, #6713
                                                  Andrew J. Noel, #322118
                                                  Kathryn H. Bennett, #0392087
                                                  Marc E. Betinsky, #0388414
                                                  800 LaSalle Ave, Suite 2800
                                                  Minneapolis, MN 55402
                                                  Telephone:  612-349-8500
                                                  rbennett@robinskaplan.com
                                                  anoel@robinskaplan.com
                                                  kbennett@robinskaplan.com
                                                  mbetinsky@robinskaplan.com
                                                  ***Attorneys for Plaintiff Soren Stevenson***