# EXHIBIT 1

Benjamin Bauer
12/1/2021

```
         UNITED STATES DISTRICT COURT
            DISTRICT OF MINNESOTA

--------------------------------------------------------
                         Civ. No. 20-1913 (ADM/JFD)
Ethan Daniel Marks,

         Plaintiff,

     vs.

Benjamin Bauer, acting in his individual
capacity as a Minneapolis police officer,

         Defendant.

--------------------------------------------------------

        VIDEOTAPED DEPOSITION TRANSCRIPT OF

              BENJAMIN MICHAEL BAUER
                December 1, 2021
                       at
              Robins Kaplan, LLP
              800 LaSalle Avenue
              2800 LaSalle Plaza
             Minneapolis, MN 55402




            Reporter:  Jane T. Doby
          Registered Merit Reporter
         Doby Professional Reporting, Inc.
              DobyReporting.com
                 952.943.1587
```

Benjamin Bauer
12/1/2021

```
 1   proficiency?
 2        A    Yes, sir.
 3        Q    Have you -- how would you rate your
 4   proficiency among SWAT less-lethal officers?
 5             MS. SARFF:  Objection.  Calls for
 6   speculation and vague.
 7        A    Yeah, I don't -- I guess I don't know.
 8   BY MR. BENNETT:
 9        Q    Is there any ranking?
10        A    No.
11        Q    Any testing, where you'd be ranked 1
12   through X?
13        A    No.
14        Q    What's in Zone 1?
15        A    So it's the legs, the buttocks.  Kind of
16   the lower region.
17        Q    Regions below the belt?
18        A    Yes, sir.
19        Q    There's one area below the belt that you're
20   not supposed to shoot for?
21        A    You're not supposed to intentionally aim
22   for the groin.
23        Q    Male or female?
24        A    Yes, sir.
25        Q    Where's Zone 2?
```

Benjamin Bauer
12/1/2021

```
1      A     That's more the, I guess, kind of stomach
2    area.
3      Q     What's Zone 3?
4      A     Zone 3 would be from the chest up, sir.
5      Q     And they -- you're explained that the head,
6    neck, and face shots are considered use of deadly
7    force.  Right?
8      A     We're explained to not intentionally target
9    the head.
10     Q     Without deadly force authorization?
11     A     Yes, I would never intentionally aim for
12   the head.
13     Q     Well, if I had a gun and you had a
14   less-lethal, you would shoot me in the head, wouldn't
15   you, if you could?
16     A     If that's all I had was a less-lethal and
17   that's all I can do, yes.
18     Q     And talking about that shot in the butt,
19   you didn't -- you didn't say that was a hard shot,
20   did you?
21     A     I don't think I said that.
22     Q     And you shot him with a green marking round
23   so that he could be arrested even if he got over the
24   fence?
25     A     That was the intent, yes.
```

Benjamin Bauer
12/1/2021

1   BY MR. BENNETT:
2        Q    You did not think you were allowed to use
3   deadly force to stop an unarmed person from
4   assaulting a police officer unless the officer was in
5   danger of death or serious -- or imminent serious
6   harm.  Correct?  Serious bodily harm?
7        A    Yes, I -- I would not use deadly force on
8   someone unless worried that the officer is in fear
9   of -- of death or great bodily harm.
10       Q    Okay.  So you could shoot somebody in
11  Zone 1 or Zone 2 with your -- that would be
12  authorized to stop an assault against an officer.  Is
13  that right?
14       A    Yes, sir, that would be my intent.
15       Q    Did you talk with Bryce Robinson about his
16  efforts to get Ethan Marks charged with felonies?
17       A    No, sir.
18       Q    Did you know that was in the works?
19       A    Not until recently, sir.
20       Q    Did you learn about it recently from
21  someone other than your attorney?
22       A    No, sir.
23       Q    You learned it from your attorney?
24       A    Yes, sir.
25       Q    Okay.  Did you also learn that neither the

Benjamin Bauer
12/1/2021

1    Q    And the impact areas of Zone 3 -- and that
2    says, "This zone carries the greatest potential for
3    serious or fatal injury and should be avoided when
4    possible.  It should only be considered when maximum
5    effectiveness is desired to meet a level of threat
6    escalating to deadly force."
7         Do you see that?
8    A    Yes, sir, I see it.
9    Q    Do you agree with that?
10   A    Yes, sir.
11   Q    And there they include chest, center mass?
12   A    Yes, sir.
13   Q    Spine, head, and neck.  Right?
14   A    Yes, sir.
15   Q    And they warn you about shooting for the
16   shoulders and arms.  Right?  In the next slide?
17        MS. SARFF:  I'm going to object to the
18   extent it misstates the document.  And vague as to
19   the meaning of "warning."
20   BY MR. BENNETT:
21   Q    Okay.  Well, let's -- read it to me.
22   What -- read me the second and third bullet points.
23   A    You want me to read you the second and
24   third, you said, or should I --
25   Q    Second and --