# EXHIBIT 10



800 LASALLE AVENUE  
SUITE 2800  
MINNEAPOLIS MN 55402

612 349 8500 TEL  
612 339 4181 FAX  
ROBINSKAPLAN COM

Soren Stevenson  
2717 East 22nd Street  
Minneapolis, MN 55406

Invoice Number:   Draft  
Date:             April 4, 2022  
File Number:      129949.0000  
Attorney:         R. Bennett  
Terms:            30 Days

RE: Stevenson, Soren v. City of Minneapolis; John Doe

Professional Services & Expenses:

  Legal Fees                   $187,642.00

  Total Amount Due            $187,642.00

**Robins Kaplan Contacts:**

Billing Inquiries: Please contact the RK Billing Team at RK_BillingTeam@RobinsKaplan.com

Please send remittance information to: RK-CashReceipts@RobinsKaplan.com

Utilize the banking information below or visit RobinsKaplan.com/invoicepay to pay invoices electronically.

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 1

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/10/22 17074201 | A. Noel | Review and consult re Rule 68 Offer. | 2.00 | 1,460.00 | L110 L100 |
| 02/10/22 17026838 | R. Bennett | Call with team re: Rule 68 offer (1.1); phone call with M. Betinsky re: strategy (.8); phone call with K. Bennett and M. Betinsky re: strategy (.3). | 2.20 | 1,881.00 | L110 L100 |
| 02/10/22 17074204 | A. Noel | Meeting with team Rule 68 [1.5] | 1.50 | 1,095.00 | L110 L100 |
| 02/10/22 17115211 | K. Bennett | Meeting with civil rights team re: validity of Rule 68 offer, next steps and response to Soren [1.2] Meeting with Tom and RB re: time/WIP and potential fee petition [.5] Review billing rates and hours/costs [.9] | 2.60 | 1,781.00 | L120 L100 |
| 02/10/22 17115212 | E. Mignanelli | Develop strategy with K. Bennett, R. Bennett, A. Noel and M. Betinsky re response to offer of judgment. | 0.70 | 406.00 | L330 L300 |
| 02/10/22 17023238 | M. Betinsky | confer with RB/KHB/AJN/ESM re offer of judgment and validity, judgment and collection issues and indemnification, strategy for acceptance/response and next steps (1.0); legal research on validity of offer of judgment when made by only some defendants, emails and telephone calls with RB re same (3.5). | 4.50 | 2,385.00 | L120 L100 |
| 02/11/22 17026874 | R. Bennett | Phone call with K. Sarff re: Rule 68 and clarification (.2); phone call with team re: same (.7). | 0.90 | 769.50 | L110 L100 |
| 02/11/22 17024385 | K. Bennett | Clarification on Rule 68 with city; discuss and evaluate with team [.5]. | 0.50 | 342.50 | L120 L100 |
| 02/12/22 17026852 | R. Bennett | Phone call with client (.7); phone call with K. Bennett (.2); phone call with client and M. Betinsky (.3); phone call with K. Sarff (.3); phone call with client all regarding Rule 68 (.3). | 1.80 | 1,539.00 | L110 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 2

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/12/22 17025462 | M. Betinsky | Conference call with client and RB re Rule 68 offer, follow-up call with RB re same, messages with CRG re same and next steps | 0.50 | 265.00 | L160 L100 |
| 02/14/22 17031601 | R. Bennett | Phone call x 2 with M. Betinsky and K. Bennett re: Notice of Acceptance (1.0); phone call with K. Sarff re: acceptance and procedure (.4); ==phone call with K. Bennett re Petition (.5); email A. Batchelor re: rates (.3).== | 2.30 | 1,966.50 | L110 L100 |
| 02/14/22 17044454 | K. Bennett | Pull McCaster materials on Petition; pull cases from MEB [.8] Draft Notice Acceptance of Clarified Rule 68 and pull exhibits [1.7] Discuss with MEB/RB and edit [.6] Update from RB re: plan for filing; email team re: same and to-do list [.8]. | 3.90 | 2,671.50 | L120 L100 |
| 02/14/22 17028961 | M. Betinsky | Review and redline acceptance of offer of judgment [.3], T/C with RB re contacting court for briefing schedule on fee petition, conference call with RB/KHB re same, fee petition, and entry of judgment issues, emails and T/Cs regarding same and next steps with Sarff and client [.7]. | 1.00 | 530.00 | L160 L100 |
| 02/14/22 17035197 | A. Koob | Email from KHB regarding Rule 68 Offer/ settlement and respond to same. | 0.10 | 23.00 | L140 L100 |
| 02/15/22 17115217 | R. Bennett | Office visit with A. Batchelor re: hours, rates, billing entries and costs and review her work (1.2); call with K. Bennett and M. Betinsky re: edit and strategy and time entries (.5); | 1.70 | 1,453.50 | L110 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 3

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/15/22 17044457 | K. Bennett | Begin review of McCaster documents and orders on fee petitions [2.0] Begin updating legal research from McCaster memo in support of fees [.5] Begin drafting memo in support of fees and costs [4.4] Conf with MEB/RB re: memo and plan for next steps on fees and costs [.5]. | 7.40 | 5,069.00 | L120 L100 |
| 02/15/22 17031561 | M. Betinsky | Conference call with RB/KHB re preparing fee petition and culling time entries, reasonableness of fees. | 0.50 | 265.00 | L160 L100 |
| 02/16/22 17033665 | R. Bennett | Work on briefing. | 1.00 | 855.00 | L110 L100 |
| 02/16/22 17032531 | K. Bennett | Continue drafting memo in support of petition for fees and costs [8.0] Begin review of proforma[1.7]. | 9.70 | 6,644.50 | L120 L100 |
| 02/16/22 17032405 | M. Betinsky | Brief review of proforma billing entries [.2] | 0.20 | 106.00 | L160 L100 |
| 02/16/22 17115218 | M. Betinsky | Emails RB/KHB re same and fee petition, brief review of fee petition in current form and T/C with RB re lodestar cross-check [.2] | 0.20 | 106.00 | L160 L100 |
| 02/17/22 17033633 | R. Bennett | Phone call with Terry Fleming (.5); emails to/from E. Hageman both re: expert Affidavits for fee petition (.5). | 1.00 | 855.00 | L110 L100 |
| 02/17/22 17033638 | R. Bennett | Call with K. Bennett and M. Betinsky regarding proforma review and status. | 0.40 | 342.00 | L110 L100 |
| 02/17/22 17036074 | K. Bennett | MEB/RB conf re: proforma review status; brainstorm re: affidavits for petition [.8] Continue review and analysis of proforma [4.0] | 4.80 | 3,288.00 | L120 L100 |
| 02/17/22 17032903 | M. Betinsky | Conference call with RB/KHB re proforma billing review and status for fee petition and strategize affidavits in support of petition. | 0.80 | 424.00 | L160 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

| | | Invoice Number: | Draft |
|---|---|---|---|
| | | Date: | April 4, 2022 |
| | | File Number: | 129949.0000 |
| | | Page: | 4 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/18/22 17035599 | R. Bennett | Phone call with Hageman re: expert affidavit in support of fee petition | 0.40 | 342.00 | L110 L100 |
| 02/21/22 17046803 | R. Bennett | Review of Section 1988 proforma with K. Bennett | 3.20 | 2,736.00 | L110 L100 |
| 02/21/22 17044461 | K. Bennett | Continue proforma review [2.0] Review proforma with RB [2.8] Review email and Aff of Service from Brenda [.2]; circulate to RB/MEB for review [.1]; email Brenda to serve via US Mail and email [.1] Emails with Ashton re: proforma [.2]. | 5.40 | 3,699.00 | L120 L100 |
| 02/21/22 17044451 | M. Betinsky | Review notice of acceptance of offer of judgment (.1), emails RB/KHB re same and service method (.1). | 0.20 | 106.00 | L160 L100 |
| 02/22/22 17046808 | R. Bennett | Zoom conference with K. Bennett; meeting with billing regarding edits and changes (.8); zoom with M. Betinsky, K. Bennett and A. Noel regarding proforma (1.1). | 1.90 | 1,624.50 | L110 L100 |
| 02/22/22 17044465 | K. Bennett | Begin drafting RB Aff re: attorneys fees and costs memo [3.0] Emails with Margaret re: RB certifications/bar admissions for inclusion in Aff of RB [.3] Proforma meeting with Reed/Mary/Stacy/RB [.8] Begin hard review of proforma [3.3] Civil rights team proforma meeting [1.1] Begin drafting Tom Schwartz affidavit [.7]. | 9.20 | 6,302.00 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 5

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/22/22 17044670 | M. Betinsky | Zoom with RB/AJB/KHB re proforma review and preparation for fee petition, timing of same and attempts to resolve fee issues (1.1); follow-up Zoom with AJN re formatting for time entries (.2); emails with AJN/KHB re pro forma and time entries for fee petition (.2); emails with team about logistical steps to accept Rule 68 and service and filing of same (.2); T/C with RB re same and hand-delivery of same (.2). | 1.90 | 1,007.00 | L160 L100 |
| 02/23/22 17046789 | R. Bennett | Phone call with K. Bennett and M. Betinsky regarding fees. | 0.30 | 256.50 | L110 L100 |
| 02/23/22 17044492 | K. Bennett | Continue hard review of proforma [3.0] Discussions with MEB/RB re: redline numbers and strategy re: negotiations with Sarff [.4]. | 3.40 | 2,329.00 | L120 L100 |
| 02/23/22 17045572 | K. Bennett | Second hard read of Proforma to check narrative times with entry times [2.5] Calls/texts with RB re: status on proforma review [.2] Emails with billing teams re; proforma [.4]. | 2.90 | 1,986.50 | L120 L100 |
| 02/23/22 17046318 | M. Betinsky | T/C with RB/KHB re fee petition strategy and scheduling of hearing on same, potential extension of time to brief petition. | 0.40 | 212.00 | L160 L100 |
| 02/24/22 17047702 | R. Bennett | Phone call with K. Bennett regarding next steps (.3); review and revise bill (2.5). | 2.80 | 2,394.00 | L110 L100 |
| 02/24/22 17052886 | K. Bennett | Call with RB re: next steps with fee petition [.3] Emails/calls with billing re: proforma status and requests [.3] Proforma review and email to RB for further discussions [.2]. | 0.80 | 548.00 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

| | | Invoice Number: | Draft |
|---|---|---|---|
| | | Date: | April 4, 2022 |
| | | File Number: | 129949.0000 |
| | | Page: | 6 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 02/25/22 17048770 | R. Bennett | Phone call with client regarding settlement (.5); further revise and reduce bill and phone call with K. Bennett (1.4); phone call with K. Bennett and K. Sarff (.4). | 2.30 | 1,966.50 | L110 L100 |
| 02/25/22 17052887 | K. Bennett | Mtg with RB re: hard review of proforma/status [.4] Continue hard review of fees [1.2] Review costs, cut and finalize proforma [.5] Review finalized proforma for accuracy and email to RB with numbers in preparation for our meet and confer with Sarff this afternoon [.4] Begin hard review of "fees on fees" proforma and email same to RB [.8] Call with RB and Sarff re fees/negotiations[.5]. | 3.80 | 2,603.00 | L120 L100 |
| 02/27/22 17052904 | K. Bennett | Review updated proforma [.5] Draft letter to Sarff re: use of proforma for 408 purposes [.4] Discuss same with RB [.3]. | 1.20 | 822.00 | L120 L100 |
| 02/28/22 17115214 | K. Bennett | Review/finalize ltr and proforma to Sarff; email same to Sarff [.5]. | 0.50 | 342.50 | L120 L100 |
| 03/02/22 17061103 | K. Bennett | Review email from Susan Del Monte and respond [.3] Draft letter to Judge SRN re: proposed briefing [.5]; Discuss same with RB [.2]; email same to Sarff [.3] | 1.30 | 890.50 | L120 L100 |
| 03/02/22 17061726 | M. Betinsky | Review email from court re briefing fee motion and entry of judgment (.1); T/C with KHB re same and emails re same and proposed schedule (.3). | 0.40 | 212.00 | L160 L100 |
| 03/03/22 17061759 | K. Bennett | Call to Sarff and update team re: no response to the draft response to the Court [.3] Call with RB re: continued non response by Sarff and next steps [.2] Call and email to Sarff re: same and plan to submit if do not hear [.3] Draft "Plaintiff's" proposal letter and send to MEB for review [.2]. | 1.00 | 685.00 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 7

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/03/22 17061945 | K. Bennett | Review defense counsel's proposed briefing schedule/ltr to Court. | 0.20 | 137.00 | L120 L100 |
| 03/03/22 17062231 | M. Betinsky | Review and edit letter to Judge Nelson re briefing fee issue and email KHB re same (.4); messages with KHB re briefing schedule and strategy, Sarff emails re same and her email to Judge Nelson with alternative briefing schedule (.4). | 0.80 | 424.00 | L250 L200 |
| 03/04/22 17085247 | K. Bennett | Continue briefing attorneys fees/cost petition [2.2] Review order on briefing schedule [.2] . | 2.40 | 1,644.00 | L120 L100 |
| 03/07/22 17070914 | K. Bennett | Continue drafting memo on fees and costs [1.0] Draft list of items/issues/progression in this case in preparation for meeting with RB/MEB tmr; review of file and emails for same [2.0] Discuss plan with RB re: experts; email experts re: same and briefing schedule [.8] Continue drafting RB aff on fees and costs [1.0] Review T Schwartz Aff on fees and costs [.5]. | 5.30 | 3,630.50 | L120 L100 |
| 03/07/22 17072534 | M. Betinsky | Begin preparing chronology of case for use in fee petition and supporting documents and review emails/pleadings/billing re same (2.0); review KHB outline regarding same (.3); review Schwartz affidavit ISO fee petition and email KHB re same (.2). | 2.50 | 1,325.00 | L160 L100 |
| 03/08/22 17079937 | R. Bennett | Zoom with K. Bennett and M. Betinsky re: petition etc (1.0); review M. Betinsky timeline and K. Bennett's draft of affidavits of RB and Tom Schwartz (1.5); phone call with client re: update (.4). | 2.90 | 2,479.50 | L110 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 8

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/08/22 17072659 | K. Bennett | Continue drafting RB affidavit for fees/costs motion [2.2] Circulate same to RB [.2] Schedule meeting re: same and list of tasks/issues for Aff [.1] Call with MEB re: same [.2] Review MEB list/prep for meeting with team [.8] Zoom meeting with RB/MEB re: RB Aff/motion and memo for fees and costs/strategy [1.0] Update Schwartz Aff and email draft to Ashton with questions and deadline info [.7]. | 5.20 | 3,562.00 | L120 L100 |
| 03/08/22 17072537 | M. Betinsky | Finish compiling chronology of case for purposes of supporting fee petition (3.0); T/C with KHB re same (.2); Zoom with RB/KHB re same and issues pertaining to supporting affidavits and evidence in support of fee petition (1.0). | 4.20 | 2,226.00 | L160 L100 |
| 03/11/22 17079976 | R. Bennett | Phone call with K. Bennett re: petition and matters of explanation (.7); read and respond to Sarff emails (.4); phone call with client regarding motion (.4); phone call with K. Bennett regarding briefing issues (.5). | 2.00 | 1,710.00 | L110 L100 |
| 03/11/22 17079277 | K. Bennett | Continue drafting RB aff for fees and costs. | 6.30 | 4,315.50 | L120 L100 |
| 03/14/22 17115213 | K. Bennett | Continue drafting RB aff, review proforma [4.0] | 5.00 | 3,425.00 | L120 L100 |
| 03/14/22 17079366 | M. Betinsky | T/C with KHB re issues for fee petition and experts/strategy for same. | 0.20 | 106.00 | L160 L100 |
| 03/17/22 17083976 | R. Bennett | Fee Litigation - review and consider T. Schwartz affidavit (.4); phone call with K. Bennett regarding Petition and Affidavit (.5); email K. Sarff (.3). | 1.20 | 1,026.00 | L110 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

Invoice Number: Draft
Date: April 4, 2022
File Number: 129949.0000
Page: 9

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/17/22 17082894 | K. Bennett | Continue drafting RB aff to fee/cost petition [5.8] Call with RB regarding Petition and Affidavit (.5); | 6.30 | 4,315.50 | L120 L100 |
| 03/17/22 17082189 | M. Betinsky | Research re other pending GF protests cases against MPD and status vis-a-vis settlement and whether involved officers have been identified (.5); email and T/C with RB/KHB re same (.3). | 0.80 | 424.00 | L160 L100 |
| 03/18/22 17084001 | R. Bennett | Phone call with K. Sarff. | 0.20 | 171.00 | L110 L100 |
| 03/18/22 17082895 | K. Bennett | Continue drafting RB aff to fee/cost petition [1.5] Review and revise same; circulate to RB [6.0]. | 7.50 | 5,137.50 | L120 L100 |
| 03/18/22 17083443 | M. Betinsky | Conf call RB/KHB re status of fee petition and RB call with Sarff re attempted resolution of fees (.2); emails client re W-9 (.1). | 0.30 | 159.00 | L160 L100 |
| 03/19/22 17083988 | R. Bennett | Review, consider, edit R. Bennett affidavit; scan same to K. Bennett. | 3.00 | 2,565.00 | L110 L100 |
| 03/20/22 17083990 | R. Bennett | Further review of affidavit of R Bennett. | 0.90 | 769.50 | L110 L100 |
| 03/20/22 17084244 | K. Bennett | Review RB edits to Aff for fees/costs and enter edit [.8]; email RB re: outstanding questions on edits [.2]. | 1.00 | 685.00 | L120 L100 |
| 03/21/22 17085980 | R. Bennett | Review and edit R. Bennett affidavit (2.0); phone call with K. Bennett regarding edits for next draft (.5). | 2.50 | 2,137.50 | L110 L100 |
| 03/21/22 17085251 | K. Bennett | Continue drafting RB aff for fees and costs and circulate to RB/MEB [3.2] Call with RB re: edits and edit Aff [.4] Continue editing Aff while working through memo [.5] Continue drafting memo re: fees and costs [2.4] Circulate memo and aff to team [.2]. | 6.70 | 4,589.50 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

| Invoice Number: | Draft |
| --- | --- |
| Date: | April 4, 2022 |
| File Number: | 129949.0000 |
| Page: | 10 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
| --- | --- | --- | --- | --- | --- |
| 03/21/22 17086022 | M. Betinsky | Brief review of memo ISO petition for attorney fees and RB affidavit ISO of same. | 0.40 | 212.00 | L160 L100 |
| 03/22/22 17087833 | R. Bennett | Fee Litigation - phone call with K. Bennett and M. Betinsky regarding affidavit contents, brief and other fee litigation media (.8); phone call with Soren Stevenson regarding his declaration (.4); review memoranda and edit and add (1.8); review and revise Soren Stevenson declaration (.8). | 3.80 | 3,249.00 | L120 L100 |
| 03/22/22 17091649 | K. Bennett | Call with RB and then RB/MEB re: next steps, fees on fees proforma, plan for inclusion of BWC and other stills in Aff, plan for experts [.5] Review fees on fees proforma and begin culling unrecoverable time [3.0] Send materials to experts - draft aff, proforma, protective order and ack [.4] Run proforma draft preview; review [.5] Circulate fees on fees proforma to MEB/RB [.2]. | 4.60 | 3,151.00 | L120 L100 |
| 03/22/22 17087156 | M. Betinsky | Conference call RB/KHB re fee petition and supporting declaration, expert support and strategy for submission (.6); begin revising memo ISO fee petition and legal research for same (6.4). | 7.00 | 3,710.00 | L250 L200 |
| 03/23/22 17088195 | R. Bennett | Review ND v. Heydinger (.7); review Lilly v. City of New York (.6). | 1.30 | 1,111.50 | L110 L100 |
| 03/23/22 17087928 | M. Betinsky | Continue revising brief ISO fee petition and legal research for same. | 9.00 | 4,770.00 | L250 L200 |
| 03/24/22 17090874 | R. Bennett | Review Hageman affidavit (.7); phone call with M. Betinsky (x3) regarding brief and Hageman Affidavit (.8). | 1.50 | 1,282.50 | L110 L100 |

**ROBINS KAPLAN LLP**

| | | | | | |
|---|---|---|---|---|---|
| Stevenson, Soren | | | Invoice Number: | Draft | |
| | | | Date: | April 4, 2022 | |
| Stevenson, Soren v. City of Minneapolis; John Doe | | | File Number: | 129949.0000 | |
| | | | Page: | 11 | |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/24/22 17088878 | M. Betinsky | Complete additional legal research and revisions to brief ISO fee motion and further review, revise and edit new draft (10.0); email CRG re same (.2); review Hageman expert affidavit regarding fees and T/C with RB re same (.4). | 10.60 | 5,618.00 | L250 L200 |
| 03/25/22 17090843 | M. Betinsky | Further case law review from Judge Nelson on fee issues and additional D Minn cases re same for use in memo ISO fee petition. | 1.70 | 901.00 | L250 L200 |
| 03/26/22 17090856 | R. Bennett | Review memo in support by M. Betinsky/edit-change. | 0.90 | 769.50 | L110 L100 |
| 03/28/22 17104170 | R. Bennett | Fee Litigation - call with M. Betinsky and K. Bennett regarding R. Bennett affidavits - other affidavits needed - Soren's Affidavit/Hageman's - other adds (.9); review K. Bennett emails and suggested changes (.5); phone call with K. Bennett (.2). | 1.60 | 1,368.00 | L110 L100 |
| 03/28/22 17091685 | K. Bennett | Review updated memo [2.0] Update RB aff re: fees of fees proforma [1.0] Review Hageman aff and edit [1.0] Review emails re: Tom Schwartz aff and edit; email same to Ashton and Tom for review and approval [.7] Review RB aff and finalize and pull exhibits [1.0] | 5.70 | 3,904.50 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

| | | Invoice Number: | Draft |
|---|---|---|---|
| | | Date: | April 4, 2022 |
| | | File Number: | 129949.0000 |
| | | Page: | 12 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/28/22 17093417 | M. Betinsky | Review Schwartz affidavit ISO fee petition (.3); emails T. Phillips re Samantha Wright settlement and City Council approval (.2); emails re Dr Sher billing for fee petition & email update to RB/KHB for impact on Stevenson fee hearing (.2); meet with RB/KHB re strategy/arguments for fee petition, filing early, non-response from Sarff, and related issues for petition (.4); review case law re attorney affidavits ISO fee petitions and email RB/KHB re same and need for affidavits from each attorney who worked on Soren's case (.4). | 1.50 | 795.00 | L250 L200 |
| 03/28/22 17115222 | A. Koob | review email from KHB regarding filing of Fees and Costs Petition [.1]. | 0.10 | 23.00 | L160 L100 |
| 03/29/22 17104326 | R. Bennett | Phone call with K. Bennett and M. Betinsky regarding fee on fee inclusions and filing (.7); review revised affidavits in support of fee petition (.5); review edited proforma (.6); phone call with Terry Fleming (.5); further review of affidavit of R. Bennett; EA/S. Stevenson/T. Schwartz (.7); phone call with M. Betinsky regarding changes (.7). | 3.70 | 3,163.50 | L110 L100 |
| 03/29/22 17107470 | K. Bennett | Continue review/edit of declaration and pull exhibits; circulate to team [1.0] Review MEB redline [.4]; discuss with RB/MEB [.3] and continue editing, send to Soren [1.0] Call with RB/MEB re: Proforma/reviewing and plan for filing [.3] Email ATK re: filing plan and coverage [.2] Review Hagemen email and edit Aff, send to team [.6] Review Proforma re: Costs through 2/9/22, write offs and finalize cost amount [1.5] Begin final hard review of proforma geared towards oral argument/memorandum of law [2.5] Discuss substantive changes to RB Aff [.8] | 8.60 | 5,891.00 | L120 L100 |

**ROBINS KAPLAN LLP**

Stevenson, Soren

Stevenson, Soren v. City of Minneapolis; John Doe

| | Invoice Number: | Draft |
|---|---|---|
| | Date: | April 4, 2022 |
| | File Number: | 129949.0000 |
| | Page: | 13 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/29/22 17093380 | M. Betinsky | Review and revise Hageman declaration ISO fee petition and email RB/KHB re same (.5); review and revise Soren's declaration ISO fee petition, prepare redline of same and email RB/KHB re same (1.1); conference call RB/KHB re Soren's declaration and changes (.5); conference call with RB/KHB re RB/Hageman affidavits, assertions in fee petition brief and supporting declarations, and strategies re same (.6); review, revise, edit and redline RB declaration ISO fee petition and email RB/KHB re same (5.3). | 8.00 | 4,240.00 | L250 L200 |
| 03/29/22 17109499 | A. Koob | Review email from KHB with information regarding filing of Fees and Costs Petition. | 0.10 | 23.00 | L160 L100 |
| 03/30/22 17104230 | R. Bennett | Work on my declaration; review other affidavits and declarations (1.0); phone call with K. Bennett/M. Betinsky x2 regarding edits (.9). | 1.90 | 1,624.50 | L110 L100 |
| 03/30/22 17107473 | K. Bennett | Review MEB email re: edits and outstanding questions re: RB Off [.5] Review MEB redlined RB aff [2.0] Draft emails re: additional edits to RB Aff and answers to outstanding questions to RB/MEB [.8] Calls with RB, RB/MEB re: next steps, strategy re: proformas and discussions on edits [.9] Review and finalize Hageman Aff; draft email re: edits and send for review [.7] Continue final hard review of proforma [1.0] Continue review and editing RB Aff [2.2] Call with RB and further edit RB Aff [.5] Continue reviewing and pulling exhibits; email ATK re: Bauer depo exhibit [.6] . | 9.20 | 6,302.00 | L120 L100 |

**ROBINS KAPLAN LLP**

| Stevenson, Soren | | | Invoice Number: | Draft |
| --- | --- | --- | --- | --- |
| | | | Date: | April 4, 2022 |
| Stevenson, Soren v. City of Minneapolis; John Doe | | | File Number: | 129949.0000 |
| | | | Page: | 14 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
| --- | --- | --- | --- | --- | --- |
| 03/30/22 17106303 | M. Betinsky | Conference call with RB/KHB re strategy and changes to RB declaration ISO fee petition (.3); T/C KHB re fee petition sealing and rate information contained therein (.3); conference call RB/KHB re same (.2); conference call RB/KHB re further changes to RB declaration ISO fees (.3); numerous emails re RB declaration, Hageman expert declaration, Schwartz declaration, and changes to memo ISO fee petition (.4); review updated pro forma billing re same (.2); begin review and changes to RB declaration (1.6); begin review of memo ISO fee petition (.5). | 3.80 | 2,014.00 | L250 L200 |
| 03/31/22 17107431 | R. Bennett | Phone call with K. Bennett regarding declaration (.6); review and revise 3/31 version and call with M. Betinsky and K. Bennett (1.0); phone call with K. Bennett regarding meet and confer (.4). | 2.00 | 1,710.00 | L110 L100 |
| 03/31/22 17107668 | K. Bennett | Review MEB redline [1.0] Review email re: meet and confer/local rules; review proforma and emails re: dates for communication with Sarff and draft same [.8] Call with MEB/RB re: meet and confer and edit same/call re: Declaration and edit same [1.0]. | 2.80 | 1,918.00 | L120 L100 |

**ROBINS KAPLAN LLP**

| Stevenson, Soren | | | Invoice Number: | Draft |
|---|---|---|---|---|
| | | | Date: | April 4, 2022 |
| Stevenson, Soren v. City of Minneapolis; John Doe | | | File Number: | 129949.0000 |
| | | | Page: | 15 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 03/31/22 17107999 | M. Betinsky | Draft motion, notice of motion, proposed order, and meet and confer statement re motion for fees (.4); conference call with RB/KHB re changes to meet and confer and RB declaration ISO fees (.5); review KHB proposed edits to meet and confer and emails re same (.2); follow-up conference calls with RB/KHB re additional changes to documents, expert affidavits, and other items for filing (.4); further conference call RB/KHB re same (.4); complete hard review of RB declaration ISO fee petition and implement changes to same (4.0); continue review of memo ISO fee petition (.5); emails KHB/A. Koob re exhibits for fee petition filing (.2). | 6.60 | 3,498.00 | L250 L200 |
| 03/31/22 17109706 | A. Koob | Emails with KHB and MEB regarding Fees and Costs Petition filing [.1]; review materials in folder and email to KHB and MEB regarding cover sheets for exhibits [.2]; prepare Exhibit 2 to RB Declaration [.2]; prepare cover sheets for Exhibits to Fees/Costs Petition and organize [1]. | 1.50 | 345.00 | L160 L100 |
| 04/01/22 17115127 | R. Bennett | Review and revise 1) R. Bennett declaration 2) brief in support; 3) meet and confer statement (2.0); phone call with K. Bennett regarding meet and confer (.3); phone call with M. Betinsky regarding changes in brief and anticipated arguments (.6); review Morjal v. City of Chicago, 774 F.3d 419 (7th Cir. 2014) (.4); review and discuss fees on fee cases (.6). | 3.90 | 3,334.50 | L110 L100 |

**ROBINS KAPLAN LLP**

| Stevenson, Soren | | Invoice Number: | Draft |
|---|---|---|---|
| | | Date: | April 4, 2022 |
| Stevenson, Soren v. City of Minneapolis; John Doe | | File Number: | 129949.0000 |
| | | Page: | 16 |

| Date Index | Timekeeper | Description | Hours | Fees | Task Phase |
|---|---|---|---|---|---|
| 04/01/22 17114759 | K. Bennett | Hard read of RB declaration [2.0] Call with RB re: proposed edits [.4] Edit and circulate to team [.6] Review and revise Meet and Confer and circulate to team; review MEB comments and continue editing [.8] Review Memo of Law and reply to team on status [1.0] Review T Schwartz and email final dec/aff for approval [.2]. | 5.00 | 3,425.00 | L120 L100 |
| 04/01/22 17114831 | K. Bennett | Review Morjal and other caselaw info from MEB re: fees on fees [.3] Review MEB potential add to Fees on Fees section of memo; discuss with team; discuss with RB [1.0]. | 1.30 | 890.50 | L120 L100 |
| 04/01/22 17114900 | M. Betinsky | Complete cite check and review/edit of memo ISO fee motion (3.0); T/C with RB re same and changes to same (.2); review, revise and edit meet and confer statement (.2), email KHB re same (.1); T/C with RB re fees on fees issue for fee motion (.2); legal research re same and draft new section of brief ISO fees (2.9); conference call RB/KHB re same (.4). | 7.00 | 3,710.00 | L250 L200 |
| 04/02/22 17114989 | K. Bennett | Review fees on fees proforma. | 0.20 | 137.00 | L120 L100 |

| Timekeeper | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| R. Bennett | Partner | 55.50 | 855.00 | 47,452.50 |
| A. Noel | Partner | 3.50 | 730.00 | 2,555.00 |
| K. Bennett | Partner | 141.70 | 685.00 | 97,064.50 |
| M. Betinsky | Counsel | 75.00 | 530.00 | 39,750.00 |
| E. Mignanelli | Associate | 0.70 | 580.00 | 406.00 |
| A. Koob | Paralegal | 1.80 | 230.00 | 414.00 |
| | Totals | 278.20 | | 187,642.00 |