UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Soren Stevenson,                                           Civ. No. 20-2007 (SRN/TNL)

                Plaintiff,

v.

Benjamin Bauer, acting in his individual
capacity as a Minneapolis Police Officer, *et al.*,

                Defendants.

_____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR AWARD OF COSTS, INCLUDING REASONABLE
ATTORNEYS' FEES, UNDER 42 U.S.C. § 1988**

This matter is before the Court on Plaintiff's Motion for Award of Costs, Including Reasonable Attorneys' Fees, Under 42 U.S.C. § 1988 (Dkt. No. 83).  Having carefully considered the Motion and the arguments of counsel, and based on all of the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.  Plaintiff shall recover from Defendant City of Minneapolis the sum of $1,685,448.10, comprising of $1,653,513.50 in reasonable attorneys' fees and $31,934.60 in reasonable costs.


Dated:_____, 2022            _____
                                               SUSAN RICHARD NELSON
                                               United States District Judge