UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Soren Stevenson,<br><br>                    Plaintiff,<br><br>   v.<br><br>Benjamin M. Bauer, acting in his official capacity as a Minneapolis Police Officer, et al.,<br><br>                  Defendants. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge<br><br>Case No.: 20-cv-2007 (SRN/TNL)<br>Date: May 25, 2022<br>Court Reporter: Carla Bebault<br>Location: *Courtroom 7B, St. Paul*<br>Time in Court: 9:28 – 10:34 a.m.<br><br>Total Time: 1 Hour, 6 Minutes |

**APPEARANCES:**

    For Plaintiff:        Robert Bennett, Kathryn H. Bennett, and Marc Betinsky

    For Defendant:     Kristin Sarff, Sharda R. Enslin and Heather Passe Robertson

**PROCEEDINGS:**

Motion hearing held on: MOTION for Attorney Fees and Costs Under 42 U.S.C. Section 1988 filed by Soren Stevenson. [Doc. No. 83]  The motion was submitted, argued, and taken under advisement.

s/S.DelMonte
Courtroom Deputy
