UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Soren Stevenson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Benjamin Bauer, acting in his individual Capacity as a Minneapolis Police Officer, et al.,<br><br>　　　　Defendants | Case No. 20-cv-2007 (SRN/TNL)<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT ON ATTORNEYS' FEES AND COSTS** |

Robert Bennett, Kathryn H. Bennett, Andrew J. Noel, and Marc Betinsky, Robins Kaplan LLP, 800 LaSalle Ave., Ste. 2800, Minneapolis, MN 55402, for Plaintiff

Kristin R. Sarff, Heather Passe Robertson, and Sharda R. Enslin, Minneapolis City Attorney's Office, 350 S. 5th St., Rm. 210, Minneapolis, MN 55415, for Defendants

SUSAN RICHARD NELSON, United States District Judge

　　Before the Court is a Letter from Plaintiff Soren Stevenson requesting that the Court direct the entry of judgment for attorneys' fees and costs [Doc. No. 106].

　　Pursuant to a Rule 68 Offer of Judgment, which Stevenson accepted, the Clerk of Court entered judgment [Doc. No. 80] on March 2, 2022.

　　Stevenson later moved for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988 [Doc. No. 83]. On November 17, 2022, the Court issued an Order [Doc. No. 103], awarding fees and costs to Stevenson in the amount of $1,494,197.60, consisting of $1,462,263 in reasonable attorneys' fees and $31,934.60 in reasonable costs.

1

2

Consistent with the November 17, 2022 Order, the Court hereby **GRANTS** Stevenson's letter request [Doc. No. 106], and **DIRECTS** the Clerk of Court to enter judgment for fees and costs against the City of Minneapolis for $1,494,197.60, consisting of $1,462,263 in reasonable attorneys' fees and $31,934.60 in reasonable costs.

Dated: November 30, 2022                    s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge